# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MAGALI MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAPSTONE RESTAURANT GROUP, LLC,<br><br>　　　　　　Defendant. | Case No. 4:21-cv-00067-LMM |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to the Court's April 1, 2021 Order (ECF No. 61), Plaintiff, Magali Martinez, and Defendant, Capstone Restaurant Group, LLC (collectively, "the Parties") respectfully move this Court for entry of an Order:

(1)　approving the settlement set forth in the Parties' Settlement Agreement ("Agreement"), attached as Exhibit 1;

(2)　approving the distribution of payments to Plaintiff and the Potential Plaintiffs (as defined and outlined in the Settlement Agreement), as well as the payment of attorney's fees, costs, and expenses to Plaintiff's counsel;

(3)　dismissing this action with prejudice; and

(4) retaining jurisdiction over this matter for three (3) months for the limited purpose of enforcing the Settlement Agreement.

The settlement satisfies all criteria for approval of a Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. collective action

Dated: September 22, 2021               Respectfully submitted,


*s/ Jason Conway*                      *s/ Bradley T. Adler (w/ permission)*
Jason Conway*                          Bradley T. Adler
Conway Legal, LLC                      Freeman Mathis & Gary, LLP
1700 Market Street, Suite 1005         100 Galleria Parkway
Philadelphia, PA 19103                 Suite 1600
(215) 278-4782                         Atlanta, GA 30339-5948
jconway@conwaylegalpa.com              (770) 818-0000
                                       badler@fmglaw.com
Daniel C. Levin*
Levin, Sedran & Berman                 Steven R. Reid
510 Walnut Street                      Ogletree, Deakins, Nask, Smoak,
Philadelphia, PA 19106                    & Stewart, P.C.
(215) 592-1000                         2000 South Colorado Blvd
dlevin@lfsblaw.com                     Tower Three
                                       Suite 900
Douglas R. Kertscher                   Denver, CO 802222
Hill, Kertscher & Wharton LLP          (303) 764-6800
3625 Cumberland Blvd                   steven.reid@ogletree.com
Suite 1050
Atlanta, GA 30339                      ***Attorneys for Defendant***
(770) 953-0995
drk@hkw-law.com

***Attorneys for Plaintiff***

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that, on September 22, 2021, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*s/ Jason Conway*
Jason Conway
