IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MAGALI MARTINEZ, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CAPSTONE RESTAURANT GROUP, LLC,

    Defendant.

Case No. 4:21-cv-00067-LMM

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

AND NOW, this 28th day of September, 2021, after holding a telephonic hearing and consideration of the Parties' Joint Motion for Approval of Settlement, and the Court having reviewed said Motion and being duly advised in the premises, now finds that the Motion should be **GRANTED**.[1] It is accordingly **ORDERED** that:

1. Pursuant to 29 U.S.C. § 216(b), the settlement is a fair and reasonable resolution of a *bona fide* dispute between the Parties and is **APPROVED**.

2. The Court **APPROVES** payment of the settlement amount, including the payments to the named Plaintiff, and **GRANTS** Plaintiff's counsel's request for payment of attorney's fees, costs, and expenses. Such sums shall be paid and distributed in accordance with the terms of the Parties' Settlement Agreement.

---

[1] The reasons for granting the Motion are fully explained in the transcript of the telephonic hearing.

3. This action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction over this matter for three (3) months for the limited purpose of enforcing the Settlement Agreement.

BY THE COURT:

_____
Leigh Martin May
United States District Judge

DATE: September 28, 2021